# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

DERREK PETER                                                                                          PLAINTIFF

V.                                   No. 4:18CV00552-JM-JTR

DOC HOLLADAY, Sheriff,
Pulaski County Jail, *et al.*                                                                    DEFENDANTS

## **ORDER**

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Peter's claims that he was subjected to unconstitutional conditions of confinement at the Pulaski County Detention Facility, as described in Section II(A) of the Recommendation, are DISMISSED, without prejudice.

2. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 8th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE